IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01400-RPM-BNB

NATHAN COUNTRYMAN,

    Plaintiff,

v.

TRS RECOVERY SERVICES, INC.,

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal [20] filed December 2, 2010, it is

ORDERED that this action is dismissed with prejudice, without costs to any party.

DATED:   December 3rd , 2010

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge